**Timothy R. DAY, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 47273.**

Missouri Court of Appeals, Western District.

Dec. 7, 1993.

Jacqueline K. McGreevy, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).